IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 2:16-cv-01248-SMV-GJF |
| | ) | |
| PATRICK SILVERTHORNE, | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED JUDGMENT AGAINST PATRICK SILVERTHORNE**

The Court, has considered the agreement of the parties, the United States of America and Patrick Silverthorne, and has determined that judgment should be entered consistent with the agreement.  Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that:

 The Defendant Patrick Silverthorne is indebted to the United States for the federal income taxes, penalties and additions to tax assessed against him for the 2000, 2002-2008, 2010, 2011, 2013 and 2014 tax years, in the aggregate amount of $790,191.45 as of June 30, 2016, plus interest and other additions to tax allowed by law accruing thereafter under 26 U.S.C. §§ 6601, 6621, and 28 U.S.C. § 1961 until paid; and

The parties shall bear their respective costs and attorneys' fees, in any.


SIGNED this 26th day of January, 2017.


_____
UNITED STATES MAGISTRATE JUDGE

AGREED:

_Patrick Silverthorne_

PATRICK SILVERTHORNE
Deming, New Mexico




/s/ Herbert W. Linder
HERBERT W. LINDER
Ohio Bar No. 0065446
Attorney, Tax Division
U.S. Department of Justice
717 N. Harwood St., Suite 400
Dallas, Texas  75201
Phone: (214) 880-9754
Fax: (214) 880-9741
herbert.w.linder@usdoj.gov

ATTORNEY FOR UNITED STATES